Rick Alton **FOLEY**, Plaintiff—Appellant,

v.

**ARIZONA DEPARTMENT OF CORRECTIONS**, Defendant,

and,

**Ysaquirre, Nurse; Haro, CPO; Aguilar, CPO; Terry Stewart, Director**, Defendants—Appellees.

No. 01–16233.

D.C. No. CV–97–01140–SMM.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 13, 2002.*

Decided May 28, 2003.

Before SNEED, SKOPIL and FARRIS, Circuit Judges.

MEMORANDUM **

Arizona prisoner Rick Alton Foley ("Foley") appeals the district court's grant of summary judgment dismissing his *pro per* 42 U.S.C. § 1983 action, which alleged that prison medical staff were deliberately indifferent to his serious medical needs on several occasions in 1996 and 1997. The district court disposed of Foley's claims in two orders. Foley challenges these orders, as well as five other orders the district court issued during the litigation. We

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

affirm each of the district court's orders for the reasons stated therein.

**AFFIRMED.**

---

* The Honorable Charles R. Breyer, United States District Judge for the Northern District of California, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.